# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

AVERY RUNNER

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)**

CASE NUMBER:  15-PO-00115-DLW

Pro Se
(Defendant's Attorney)

**THE DEFENDANT:** Plead guilty to Count 2 of the Information.

**ACCORDINGLY,** the Court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 551; 36 CFR 261.4(d) and 18 USC 2 | Causing Public Inconvenience | 09/14/15 | 2 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count 1 of the Information is dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

06/04/15
_____
Date of Imposition of Judgment


s/David L. West
_____
Signature of Judicial Officer


David L. West, U.S. Magistrate Judge
_____
Name & Title of Judicial Officer


06/05/15
_____
Date

DEFENDANT:  AVERY RUNNER
CASE NUMBER:  15-PO-00115-DLW

Judgment-Page 2 of 4

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| 2 | $10.00 | 0 | $150.00 | $0.00 |
| **TOTALS** | $10.00 | | $150.00 | $0.00 |

DEFENDANT:  AVERY RUNNER
CASE NUMBER:  15-PO-00115-DLW                                         Judgment-Page 3 of 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

on or before July 1, 2015 or appear before the Court on July 9, 2015 at 10:30 a.m.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) fine principal, (3) fine interest